Case 1:24-cv-00321-MAC   Document 2   Filed 08/07/24   Page 1 of 5 PageID #: 40

FILED
6/24/2024 3:10 PM
Delia Sellers
District Clerk
Liberty County, TX
Jamey Brooks

CAUSE NO. _____

24DC-CV-00797

| | | |
|---|---|---|
| STATE FARM LLOYDS<br>AS SUBROGEE OF EDUARDO GARCIA | § § § | IN THE DISTRICT COURT<br>Liberty County - 253rd District Court |
| v. | § § | _____ JUDICIAL DISTRICT |
| SAMSUNG ELECTRONICS AMERICA, INC. | § § | LIBERTY COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION**

STATE FARM LLOYDS AS SUBROGEE OF EDUARDO GARCIA, Plaintiff herein, files Plaintiff's Original Petition complaining of Defendant, SAMSUNG ELECTRONICS AMERICA, INC., and for cause of action, Plaintiff shows:

I.

Plaintiff intends that discovery be conducted under Level 1 discovery plan and the expedited actions process pursuant to Rule 169 and 190.2 of the Texas Rules of Civil Procedure. Plaintiff affirmatively pleads that Plaintiff seeks only monetary relief aggregating $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

II.

Plaintiff, STATE FARM LLOYDS AS SUBROGEE OF EDUARDO GARCIA, is an association of underwriters authorized to do business as a "Lloyds Plan" insurer in Texas.

Defendant, SAMSUNG ELECTRONICS AMERICA, INC., is a New York company doing business in Texas, and can be served by and through its registered agent, CT Corporation System, at 1999 Bryan St., Ste. 900, Dallas, Texas 75201, or wherever Defendant may be found.

III.

Defendant is sued under Tex. R. Civ. P. 28 in its corporate, assumed or common name.

IV.

Defendant was at the time of this occurrence, and is now engaged in the business of designing, manufacturing, distributing, and selling Samsung brand washing machines and their component parts, for sale to and for use by members of the general public.

V.

On or about July 23, 2022, a fire occurred at the Garcia property located at 788 CR 6022, Dayton, Texas 77535. The loss occurred when the control panel or associated wires on the Samsung washing

File #: 24F00042

machine, designed, manufactured, distributed, and sold by Defendant failed and ignited a fire at the Garcia property. The fire event caused damage to the structure and property.

VI.

Plaintiff alleges that the product in question, a Samsung washing machine, was defective and unsafe for its intended purposes at the time it left the control of Defendant and at the time it was sold. The product was defectively designed and unreasonably dangerous to Plaintiff, and Plaintiff's insured, in that the defective design caused the washing machine control panel or associated wires to fail and ignite a fire. Therefore, Plaintiff invokes the doctrine of strict liability in Section 402A, Restatement of the Law of Torts, 2nd, and as adopted by the Supreme Court of Texas. Further, in this connection, Plaintiff alleges that the defect in design was a producing cause of the damages set forth below.

VII.

Further, and in the alternative, the product was defectively manufactured and unreasonably dangerous to Plaintiff in that a manufacturing defect caused the washing machine control panel or associated wires to fail and ignite a fire. Therefore, Plaintiff invokes the doctrine of strict liability in Section 402A, Restatement of the Law of Torts, 2nd, and as adopted by the Supreme Court of Texas. Further, in this connection, Plaintiff alleges that the manufacturing defect was a producing cause of the damages set forth below.

VIII.

In the alternative, and in the event the manufacturer is not subject to the jurisdiction of this Court and Defendant, SAMSUNG ELECTRONICS AMERICA, INC., is a designer, distributor, importer, or seller of the product in question, Plaintiff asserts, pursuant to Ch. 82 of the CPRC, that Defendant, SAMSUNG ELECTRONICS AMERICA, INC., be held liable for Plaintiff's damages.

IX.

Plaintiff alleges that Defendant was negligent in designing, manufacturing, and/or marketing the Samsung washing machine in the following respects:

1)  The Defendant manufacturer/designer was negligent in failing to design the washing machine so that it would withstand normal use and so the control panel and associated wires would not fail, arc, and ignite a fire;

2)  The Defendant manufacturer was negligent in failing to manufacture the washing machine

        so that it would withstand normal use and so the control panel and associated wires would not fail, arc, and ignite a fire;

3)     The Defendant manufacturer/distributor/importer/seller was negligent in failing to provide adequate warnings or sufficient notice to Plaintiff's insured that the washing machine would fail and cause a fire; and

4)     The washing machine was defective with respect to the design, materials, and/or inability to withstand normal use.

Each and all of the foregoing acts and omissions, taken singly or in combination, were a proximate cause of the Plaintiff's damages as set forth below.

## X.

In the alternative, and in the event Plaintiff cannot more specifically identify the acts of negligent manufacture or design on the part of Defendant for the reason that facts in that regard are peculiarly within the knowledge of that Defendant, and, in the alternative, in the event Plaintiff is unable to prove specific acts of negligent design and/or manufacture, Plaintiff relies on the doctrine of res ipsa loquitur. In this connection, Plaintiff will show that the design and/or manufacture of the Samsung washing machine was within the exclusive control of Defendant. Plaintiff's insured had no means of ascertaining the method or manner in which the product was designed or manufactured, and it came into Plaintiff's insured's possession in the same condition it was in when it left the control of Defendant. The occurrence causing harm to Plaintiff, as described herein, was one which, in the ordinary course of events, would not have occurred without negligence on the part of Defendant. Therefore, Defendant were negligent in the design and/or manufacture of the Samsung washing machine, which negligence was a proximate cause of the damages sustained by Plaintiff.

## XI.

As a proximate and producing result of Defendant's negligence, the Garcia property sustained damage. After receiving due proofs of loss, the insurance company for Eduardo Garcia, STATE FARM LLOYDS, paid for damages sustained by its insured as a result of the incident. STATE FARM LLOYDS is exercising its rights to contractual and equitable subrogation by filing this lawsuit against Defendant. Therefore, Plaintiff's damages total $105,348.53, an amount which is in excess of the minimum jurisdictional limits of the Court and includes the insured's deductible of $5,590.00.

XII.

WHEREFORE, Plaintiff requests that Defendant be cited to appear and answer, and that on final trial Plaintiff have:

1) Judgment against Defendant for a sum in excess of the minimum jurisdictional limits of the Court;

2) Pre-judgment interest at the highest interest rate allowable by law from the date suit was filed, until judgment;

3) Post-judgment interest at the highest interest rate allowable by law;

4) Costs of suit; and

5) Such other and further relief to which Plaintiff may be justly entitled.

Respectfully Submitted,

THE GARNER LAW FIRM

By: /s/ MATTHEW R. CHANEY
STEPHEN E. GARNER
TBA #07677450
E-MAIL: sgarner@texassubro.com
MATTHEW R. CHANEY
TBA #24012411
E-MAIL: mchaney@texassubro.com
7660 Woodway, Suite 250
Houston, Texas 77063
(713) 952-0122
(713) 952-1660 FAX

ATTORNEYS FOR PLAINTIFF

**COURTESY NOTICE TO DEFENDANT:**

**IF YOU HAD INSURANCE AT THE TIME OF THE ACCIDENT, PLEASE TURN THIS DOCUMENT OVER TO YOUR INSURANCE COMPANY.**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Trina Vu on behalf of Matthew Chaney
Bar No. 24012411
tvu@texassubro.com
Envelope ID: 89126504
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 6/24/2024 4:19 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew R.Chaney | | mchaney@texassubro.com | 6/24/2024 3:10:42 PM | SENT |
| Stephen E.Garner | | sgarner@texassubro.com | 6/24/2024 3:10:42 PM | SENT |