## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **STATE FARM LLOYDS as Subrogee of** | § | |
| **EDUARDO GARCIA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **vs.** | § | **NO. 1:24-cv-00321** |
| | § | |
| **SAMSUNG ELECTRONICS** | § | |
| **AMERICA, INC.,** | § | |
| **Defendant** | § | |

---

### DEFENDANT'S ANNOUNCEMENT OF SETTLEMENT

---

To the Honorable Judge Crone:

Defendant Samsung Electronica America, Inc. announces to the Court that Plaintiff settled all claims against all defendants, and that a Joint Stipulation of Settlement will be filed soon.

The Court's most recent action on this matter was via Doc. 4, its Order to Conduct Rule 26(f) Conference, which was completed and resulted in a settlement of all claims. On August 15, 2024, the Court noticed a Scheduling/Case Management Conference for October 21, 2024.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**

By: */s/ Garett A. Willig*
     Garett A. Willig

Page | 1

299232656v.1

Texas Bar No. 24066297
garett.willig@wilsonelser.com
Eric Gruetzner
Texas Bar No. 24036690
eric.gruetzner@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
713.353.2000 — Telephone
713.785.7780 — Facsimile
**ATTORNEY FOR DEFENDANT,
SAMSUNG ELECTRONICS
AMERICA, INC.**

## CERTIFICATE OF SERVICE

I certify that on October 14, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

The Garner Law Firm
Matthew R. Chaney
Stephen E. Garner
7660 Woodway, Suite 250
Houston, Texas 77063
T: 713-952-0122
F: 713-952-1660
mchaney@texassubro.com
sgarner@texassubro.com
**Attorneys for the Plaintiff**

*/s/ Garett A. Willig*
Garett A. Willig

299232656v.1