| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

STATE FARM LLOYDS, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:24-CV-321
　　　　　　　　　　　　　　　§
SAMSUNG ELECTRONICS AMERICAN, §
INC., §
　　　　　　　　　　　　　　　§
　　　　　Defendant. §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#6), signed October 17, 2024, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 10th day of February, 2025.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE